IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-MJ-1188-RN-4

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | )    <u>ORDER ON PROBABLE CAUSE</u> <br> ) |
| ANTHONY BARNES, JR., | ) <br> ) <br> ) |
| Defendant. | ) |

This matter came before the court for a preliminary examination regarding charges filed against Defendant contained in a criminal complaint. Defendant is charged with conspiracy to distribute and possess with the intent to distribute a quantity of cocaine, crack cocaine, heroin, marijuana in violation of 21 U.S.C. § 846. [DE-1].

At the commencement of the hearing, Defendant indicated to the court both orally and in writing his intention to waive the preliminary examination. After conducting an inquiry of Defendant and his counsel in open court, this court finds Defendant has waived his right to a preliminary examination knowingly and voluntarily and the court accepts Defendant's waiver of his right to a preliminary examination. Based on Defendant's knowing and voluntary waiver, this court finds probable cause to hold Defendant over for the presentment of his case to the grand jury or further proceedings.

SO ORDERED, the 18th day of October 2016.

                                                     _____
                                                   Robert B. Jones, Jr.
                                                   United States Magistrate Judge